# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BERNELL EARL

NO. 2024 KW 1041

**DECEMBER 4, 2024**

---

In Re:    Bernell Earl, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 539204-1-B.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT